WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TICOR TITLE INSURANCE COMPANY; CHICAGO TITLE INSURANCE COMPANY; and FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No.: 3:20-cv-00046-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 5 & 6]**<br><br>**[First Request]** |

COMES NOW Plaintiff, Bank of American, N.A. ("BANA"), Specially Appearing Defendant Fidelity National Title Insurance Company ("Fidelity") and Defendant Chicago Title Insurance Company ("Chicago Title") (collectively, the "Parties"), by and through their respective attorneys of records, hereby agree and stipulate as follows:

1. On April 9, 2020, Chicago Title filed a Motion to Dismiss [ECF No. 5];

2. On April 9, 2020, Fidelity filed a Motion to Dismiss [ECF No. 6];

3. BANA's deadline to respond to Chicago Title and Fidelity's Motions is currently April 23, 2020;

4. BANA's counsel is requesting an extension until Tuesday, May 26, 2020, to file its response to Fidelity and Chicago Title's Motions;

5. This extension is requested to allow counsel for BANA additional time to review and respond to the points and authorities cited to in Fidelity and Chicago Title's Motions;

6. Counsel for Fidelity and Chicago Title does not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 22nd day of April, 2020. | DATED this 22nd day of April, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Bank of America, N.A.* | */s/ Sophia S. Lau* _____ <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> Sophia S. Lau, Esq. <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendant, Fidelity National Title Insurance Company and Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this  22nd  day of  April        , 2020.

_____
UNITED STATES DISTRICT COURT JUDGE