WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether Esq.
Nevada Bar No. 12076
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TICOR TITLE INSURANCE COMPANY; CHICAGO TITLE INSURANCE COMPANY; and FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No.: 3:20-cv-00046-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 5 & 6]**<br><br>**[Second Request]** |

COMES NOW Plaintiff, Bank of American, N.A. ("BANA"), Specially Appearing Defendant Fidelity National Title Insurance Company ("Fidelity") and Defendant Chicago Title Insurance Company ("Chicago Title") (collectively, the "Parties"), by and through their respective attorneys of records, hereby agree and stipulate as follows:

1. On April 9, 2020, Chicago Title filed a Motion to Dismiss [ECF No. 5];

2. On April 9, 2020, Fidelity filed a Motion to Dismiss [ECF No. 6];

3. BANA's deadline to respond to Chicago Title and Fidelity's Motions is currently May 26, 2020;

4. In response to the Motions to Dismiss, BANA has asked that Chicago Title and Fidelity stipulate to BANA filing an amended complaint.

553263.1

5. As such, BANA is requesting a 30-day extension of its deadline to respond to the Motions to Dismiss, until Thursday, June 25, 2020, to file its response to Fidelity and Chicago Title's Motions in order to provide Fidelity and Chicago Title sufficient time to review BANA's proposed First Amended Complaint and to consider stipulating to allow amendment;[1]

6. By entering into this stipulation, Fidelity and Chicago Title are not waiving their right to move to dismiss the proposed amended pleading;

7. Counsel for Fidelity and Chicago Title does not oppose the requested extension; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] If the Parties to do not come to an agreement regarding amendment, BANA intends on seeking leave of this Court to file the First Amended Complaint.

553263.1

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 26th day of May, 2020. | DATED this 26th day of May, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Bank of America, N.A.* | */s/ Kevin S. Sinclair, Esq.* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> Sophia S. Lau, Esq. <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendant, Fidelity National Title Insurance Company and Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 26th day of May 2020.

_____
MIRANDA M. DU
UNITED STATES DISTRICT COURT J U D G E

Page 3 of 3

553263.1