Kevin S. Sinclair, Esq., Nevada Bar No. 12277
 *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>          Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.,<br><br>          Defendants. | Case No.: 3:20-cv-00046-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff Bank of America, N.A. ("Bank of America"), on the one hand, and defendant Chicago Title Insurance Company ("Chicago Title"), on the other hand, by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On July 9, 2020 Bank of America's First Amended Complaint was filed [ECF No. 24];

2. Pursuant to Fed. R. Civ. P. 15, Chicago Title's response to the First Amended Complaint is due on July 23, 2020;

3. Chicago Title requests a two-week extension of its deadline to respond to the First Amended Complaint, through and including Thursday, August 6, 2020;

4. Chicago Title requests this extension to afford its counsel additional time to review and respond to the allegations contained within Bank of America's First Amended Complaint;



567732.1

1
**STIPULATION AND ORDER**

5.  Counsel for Bank of America does not oppose the extension;

6.  This is the first request for an extension made by counsel for Chicago Title which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Chicago Title's response to Bank of America's First Amended Complaint shall be due on Thursday, August 6, 2020.

Dated: July 23, 2020                          WRIGHT, FINLAY & ZAK, LLP

By: */s/-Lindsay D. Robbins*
    LINDSAY D. ROBBINS
    Attorneys for Plaintiff
    BANK OF AMERICA, N.A.

Dated: July 23, 2020                          EARLY SULLIVAN WRIGHT
                                               GIZER & McRAE LLP

By: */s/-Kevin S. Sinclair*
    KEVIN S. SINCLAIR
    Attorneys for Defendant
    CHICAGO TITLE INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated this 24th day of July, 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE



567732.1

2
**STIPULATION AND ORDER**