WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 08386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC., <br><br> Defendants. | Case No.: 3:20-cv-00046-MMD-WGC <br><br> **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF No. 27]** <br><br> **[First Request]** |

COMES NOW Plaintiff, Bank of American, N.A. ("BANA") and Defendant Chicago Title Insurance Company ("Chicago Title") (collectively, the "Parties"), by and through their respective attorneys of records, hereby agree and stipulate as follows:

1. On July 9, 2020, BANA filed its First Amended Complaint [ECF No. 24];

2. On August 6, 2020, Chicago Title filed its Motion to Dismiss BANA's First Amended Complaint [ECF No. 27];

3. BANA's deadline to respond to Chicago Title's Motion to Dismiss is currently August 20, 2020;

4. BANA is requesting a brief, two (2) week extension until Thursday, September 3, 2020, to file its response to Chicago Title's Motion to Dismiss;

5. This extension is requested to allow counsel for BANA additional time to review and respond to the points and authorities cited to in Chicago Title's Motion to Dismiss;

6. Counsel for Chicago Title does not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 18th day of August, 2020. | DATED this 18th day of August, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Bank of America, N.A.* | */s/ Kevin S. Sinclair* _____<br>Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>Sophia S. Lau, Esq.<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant, Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __18th__ day of __August__, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE