Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN PER L.R. IA 11-1(b)(ii)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al., <br><br>　　　　　Defendants. | Case No.: 3:20-cv-00046-MMD-WGC <br><br>**STIPULATION AND [PROPOSED]ORDER TO EXTEND CHICAGO TITLE'S DEADLINE TO FILE REPLY BRIEF** |

　　　　Plaintiff Bank of America, N.A. ("Bank of America"), on the one hand, and defendant Chicago Title Insurance Company ("Chicago Title"), on the other hand, by and through their respective attorneys of record, hereby agree and stipulate as follows:

　　　　1.　　On August 6, 2020, Chicago Title filed its motion to dismiss (ECF No. 27) Bank of America's First Amended Complaint (ECF No. 24);

2.      On September 3, 2020, Bank of America filed its response in opposition to Chicago Title's motion to dismiss (ECF No. 36);

3.      Chicago Title requests a two-week extension of its deadline to respond to file its reply In support of its motion to dismiss, through and including Thursday, September 17, 2020;

4.      Chicago Title requests this extension because of the intervening Labor Day Holiday weekend and to afford its counsel additional time to review and respond to Bank of America's arguments in opposition to the motion to dismiss;

5.      Counsel for Bank of America does not oppose the extension;

6.      This is the first request for an extension made by counsel for Chicago Title which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Chicago Title's reply in support of its motion to dismiss shall be due on September 17, 2020.

Dated:  September 4, 2020                WRIGHT, FINLAY & ZAK, LLP


                                         By:  /s/-Darren T. Brenner
                                              DARREN T. BRENNER
                                              Attorneys for Plaintiff
                                              BANK OF AMERICA, N.A.

Dated:  September 4, 2020                SINCLAIR BRAUN LLP


                                         By:  /s/-Kevin S. Sinclair
                                              KEVIN S. SINCLAIR
                                              Attorneys for Defendant
                                              CHICAGO TITLE INSURANCE COMPANY

**IT IS SO ORDERED.**

    Dated this _____ day of _____, 2020.


                                         _____
                                         UNITED STATES DISTRICT COURT JUDGE

