WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; and TICOR TITLE OF NEVADA, INC., <br><br> Defendants. | Case No.: 3:20-cv-00046-MMD-WGC <br><br> **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 42-44]** <br><br> **[First Request]** |

COMES NOW Plaintiff, Bank of American, N.A. ("BANA"), Specially Appearing Defendant Fidelity National Title Group, Inc. ("FNTG") and Defendant Ticor Title of Nevada, Inc. ("Ticor") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. BANA filed its First Amended Complaint on July 9, 2020 [ECF No. 24];
2. On September 15 2020, Ticor filed a Motion to Dismiss [ECF No. 42]. Ticor filed an Errata the same day [ECF No. 44];
3. On September 15, 2020, FNTG also filed a Motion to Dismiss [ECF No. 43];
4. BANA's deadline to respond to Ticor and FNTG's Motions is currently September 29, 2020;
5. BANA's counsel is requesting an extension until Tuesday, October 13, 2020, to file its response to Ticor and FNTG's Motions;

6. This extension is requested to allow counsel for BANA additional time to review and respond to the points and authorities cited to in Ticor and FNTG's Motions;

7. Counsel for Ticor and FNTG does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 25th day of September, 2020. | DATED this 25th day of September, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Bank of America, N.A.* | */s/ Sophia S. Lau*<br>Sophia S. Lau, Esq.<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants, Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Ticor Title of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this  28th  day of  September , 2020.

_____
UNITED STATES DISTRICT COURT JUDGE