1  Scott E. Gizer, Esq., Nevada Bar No. 12216
    *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
    *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, State Bar Number 12277
7   *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 TICOR TITLE OF NEVADA, INC.

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 3:20-CV-00046-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO RESPONSE IN OPPOSITION TO MOTIONS TO DISMISS [ECF Nos. 48, 50]**<br><br>**[FIRST REQUEST]** |

   COMES NOW defendant Ticor Title of Nevada, Inc. ("Ticor Agency"), specially appearing defendant Fidelity National Title Group, Inc. ("FNTG"), and plaintiff Bank of America, N.A. ("Bank of America"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

   1. On July 9, 2020 Bank of America filed its first amended complaint (ECF No. 24);



**STIPULATION AND ORDER**

2.     On September 15, 2020 Ticor Agency and FNTG filed their respective motions to dismiss Bank of America's first amended complaint (ECF Nos. 42, 43.);

3.     On October 13, 2020 Bank of America filed its responses to Ticor Agency and FNTG's respective motions to dismiss (ECF Nos. 48, 50.);

4.     Ticor Agency and FNTG's respective replies in support of their motions to dismiss are currently due October 20, 2020;

5.     Ticor Agency and FNTG request a one-week extension of their deadline to file their replies to Bank of America's responses, until October 27, 2020, to allow Ticor Agency and FNTG's counsel additional time to review and respond to the arguments in Bank of America's responses;

6.     Bank of America does not oppose the requested extension;

7.     This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Ticor Agency and FNTG's deadline to reply in support of their respective motions to dismiss is hereby extended through and including October 27, 2020

Dated: October 16, 2020         SINCLAIR BRAUN LLP

                                By: _/s/-Kevin S. Sinclair_____
                                    KEVIN S. SINCLAIR
                                    Attorneys for Defendant
                                    TICOR TITLE OF NEVADA, INC.

Dated: October 16, 2020         WRIGHT FINLAY & ZAK, LLP

                                By: _/s/-Lindsay D. Robbins_____
                                    LINDSAY D. ROBBINS
                                    Attorneys for Plaintiff
                                    BANK OF AMERICA, N.A

**IT IS SO ORDERED.**

   Dated this _19th_ day of _October_____, 2020.

                                _____
                                MIRANDA M. DU
                                UNITED STATES DISTRICT JUDGE

