WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC., <br><br> Defendants. | Case No.: 3:20-cv-00046-MMD-CSD <br><br> **STIPULATION AND ORDER TO AMEND COMPLAINT AND CONTINUE DEADLINE TO FILE JOINT PROPOSED DISCOVERY PLAN** <br><br> **(First Request)** |

Plaintiff, Bank of America, N.A. ("BANA"), and Defendants, Fidelity National Title Group, Inc. ("Fidelity"); Chicago Title Insurance Company ("Chicago Title"); and Ticor Title of Nevada, Inc. ("Ticor") (collectively, the "Defendants" and with BANA, the "Parties), hereby submit the following Stipulation to Amend the Complaint and to set Defendants' response deadline. The Parties, by and through their undersigned counsel, stipulate and agree as follows:

1. On July 9, 2020, BANA filed its Amended Complaint against Defendants [ECF No. 24];

2. Thereafter, on December 23, 2020, the Court ordered that the instant action be stayed pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGZ) ("*Wells Fargo*") [ECF No. 61];

3. On November 29, 2021, the Ninth Circuit issued its mandate in *Wells Fargo*;

4. On September 26, 2022, this Court issued its Order lifting the stay and ordered the Parties to submit a joint motion proposing a schedule through final resolution of this case within 14 days of the Court's Order [ECF No. 65];

5. The Parties subsequently conferred regarding a stipulation for BANA to amend its complaint following *Wells Fargo*;

6. Defendants do not object to BANA filing an amended complaint;

7. The Parties hereby agree that BANA shall have thirty (30) days from the entry of the order on this Stipulation to file its amended pleading;

8. The Parties further agree that Defendants shall have thirty (30) days from the filing of BANA's amended pleading to file its response.

9. The Parties further agree to conduct the Fed. R. Civ. P. 26(f) conference within fourteen (14) days of the date responsive pleadings are filed.

10. The Parties further agree to file a new Joint Proposed Discovery Plan within fourteen (14) days after the date the Rule 26(f) conference is held.

**IT IS SO STIPULATED.**

DATED this 10th day of October, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

DATED this 10th day of October, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, State Bar Number 12277
16501 Ventura Blvd, Suite 400
Encino, California 91436
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this 11th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE