WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.,<br><br>　　　　　　　Defendants. | Case No.: 3:20-cv-00046-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff, Bank of America, N.A. ("BANA"), and Defendants, Fidelity National Title Group, Inc. ("Fidelity"); Chicago Title Insurance Company ("Chicago Title"); and Ticor Title of Nevada, Inc. ("Ticor") (collectively, the "Defendants" and with BANA, the "Parties), hereby submit the following Stipulation to Extend Time to File Amended Complaint and to set Defendants' response deadline. The Parties, by and through their undersigned counsel, stipulate and agree as follows:

　　1.　　On July 9, 2020, BANA filed its Amended Complaint against Defendants [ECF No. 24];

　　2.　　Thereafter, on December 23, 2020, the Court ordered that the instant action be stayed pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co*., Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGZ) ("*Wells Fargo*") [ECF No. 61];

1     3.     On November 29, 2021, the Ninth Circuit issued its mandate in *Wells Fargo*;

2     4.     On September 26, 2022, this Court issued its Order lifting the stay and ordered the Parties to submit a joint motion proposing a schedule through final resolution of this case within 14 days of the Court's Order [ECF No. 65];

5. On October 10, 2022, the Parties entered into a Stipulation to Amend Complaint and Continue Deadline to File Joint Proposed Discovery Plan [ECF No. 66] (the "Stipulation to Amend"), wherein the Parties agreed BANA would file an Amended Complaint within 30 days of the entry of the Court's Order on the Stipulation to Amend;

6. On October 11, 2022, the Court's Order on the Stipulation to Amend was entered [ECF No. 68];

7. BANA's deadline to file its Amended Complaint is currently November 10, 2022;

8. BANA has conferred with Defendants and requested an extension of seven days to November 17, 2022, to file its Amended Complaint because Plaintiff's counsel has been out of town;

9. Defendants do not object to the requested extension;

10. The Parties hereby agree that BANA shall have an additional seven (7) days up to and including November 17, 2022 to file its Amended Complaint; and

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

11. In accordance with the Stipulation to Amend, the Parties further agree that the deadline for Defendants' responsive pleadings remains to be thirty (30) days from the filing of BANA's Amended Complaint.

**IT IS SO STIPULATED.**

DATED this 8th day of November, 2022.   DATED this 8th day of November, 2022.

WRIGHT, FINLAY & ZAK, LLP                SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon, Esq.*            */s/ Kevin S. Sinclair, Esq.*
Lindsay D. Dragon, Esq.                  Kevin S. Sinclair, State Bar Number 12277
Nevada Bar No. 13474                     16501 Ventura Blvd, Suite 400
7785 W. Sahara Ave., Suite 200           Encino, California 91436
Las Vegas, NV 89117                      *Attorneys for Defendants*
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated this  9th  day of  November , 2022.

_____
UNITED STATES MAGISTRATE JUDGE