Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE GROUP, INC.; and TICOR TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                        Plaintiff,<br><br>              vs.<br><br>CHICAGO TITLE INSURANCE COMPANY et al.,<br><br>                        Defendants. | Case No.: 3:20-CV-00046-MMD-CSD<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT (ECF NO. 72)**<br><br>**FIRST REQUEST** |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title"), Fidelity National Title Group, Inc., ("FNTG") and Ticor Title of Nevada, Inc. ("Ticor Agency") (collectively, "Defendants") and plaintiff Bank of America, N.A. ("BANA"), by and through their



1
**STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO SAC**

respective attorneys of record, which hereby agree and stipulate as follows:

1. On October 11, 2022, the Court granted the Parties' stipulation allowing BANA to file a second amended complaint in this action, and setting Defendants' respective response deadlines for 30 days after the filing of that amended complaint (ECF No. 68);

2. On November 17, 2022, BANA filed its second amended complaint (the "SAC") (ECF No. 72);

3. Pursuant to the October 11, 2022 stipulation, Defendants' responses to the SAC is currently due on December 19, 2022;

4. Defendants request a forty-five (45) day extension of their respective deadlines to respond to the SAC, through and including Thursday, February 2, 2023, so as to fully respond to the allegations of the SAC and to account for scheduling conflicts as a result of the holiday season;

5. The parties therefore agree and stipulate that Defendants' respective deadlines to respond to the SAC shall be continued through and including February 2, 2023.

6. Counsel for BANA does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

//
//
//
//
//
//
//
//
//
//
//



8. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby continued through and including February 2, 2023.

Dated:  December 19, 2022          SINCLAIR BRAUN LLP


By:   */s/-Kevin S. Sinclair*
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     CHICAGO TITLE INSURANCE
     COMPANY; FIDELITY NATIONAL TITLE
     GROUP, INC.; and TICOR TITLE OF
     NEVADA, INC.

Dated:  December 19, 2022          WRIGHT FINLAY & ZAK, LLP


By:   */s/-Lindsay D. Dragon*
     LINDSAY D. DRAGON
     Attorneys for Plaintiff
     BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated this  19th  day of  December , 2022.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

