WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.,<br><br>Defendants. | Case No.: 3:20-cv-00046-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT [ECF Nos. 82, 83 & 84]**<br><br>**(First Request)** |

Plaintiff, Bank of America, N.A. ("BANA"), and Defendants, Fidelity National Title Group, Inc. ("Fidelity"); Chicago Title Insurance Company ("Chicago Title"); and Ticor Title of Nevada, Inc. ("Ticor") (collectively, the "Defendants" and with BANA, the "Parties), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 17, 2022, BANA filed its Second Amended Complaint [ECF No. 72];

2. On March 6, 2023, Defendants filed their respective Motions to Dismiss [ECF No. 82, 83 & 84];

3. BANA's deadline to respond to Defendants' Motions to Dismiss is currently March 20, 2023;

4. BANA's counsel is requesting a brief one-week extension until Monday, March 27, 2023, to file its response to the pending Motions to Dismiss;

5. This extension is requested to allow counsel for BANA additional time to review and respond to the points and authorities cited to in the pending Motions;

6. Counsel for Defendants does not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 20th day of March, 2023.            DATED this 20th day of March, 2023.

WRIGHT, FINLAY & ZAK, LLP                      SINCLAIR BRAUN LLP


*/s/ Lindsay D. Dragon, Esq.*                  */s/ Kevin S. Sinclair, Esq.*
Lindsay D. Dragon, Esq.                        Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                           Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                 16501 Ventura Blvd, Suite 400
Las Vegas, NV 89117                            Encino, California 91436
*Attorneys for Plaintiff*                      *Attorneys for Defendants*


**IT IS SO ORDERED.**

Dated this  21st  day of    March    , 2023.

_____
UNITED STATES DISTRICT COURT JUDGE