WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.,<br><br>Defendants. | Case No.: 3:20-cv-00046-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS [ECF Nos. 82, 83 & 84]**<br><br>**(Second Request)** |

Plaintiff, Bank of America, N.A. ("BANA"), and Defendants, Fidelity National Title Group, Inc. ("Fidelity"); Chicago Title Insurance Company ("Chicago Title"); and Ticor Title of Nevada, Inc. ("Ticor") (collectively, the "Defendants" and with BANA, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 17, 2022, BANA filed its Second Amended Complaint [ECF No. 72];

2. On March 6, 2023, Defendants filed their respective Motions to Dismiss [ECF No. 82, 83 & 84];

3. BANA's deadline to respond to Defendants' Motions to Dismiss is currently March 27, 2023 [ECF No. 86];

4. BANA's counsel is requesting an additional brief, one-week extension until Monday, April 3, 2023, to file its response to the pending Motions to Dismiss;

5. This extension is requested to allow counsel for BANA additional time to review and respond to the points and authorities cited to in the pending Motions;

6. Counsel for Defendants does not oppose the requested extension;

7. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 27th day of March, 2023. | DATED this 27th day of March, 2023. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon, Esq.* | */s/ Kevin S. Sinclair, Esq.* |
| Lindsay D. Dragon, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Ventura Blvd, Suite 400 |
| Las Vegas, NV 89117 | Encino, California 91436 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

DATED THIS 28th Day of March 2023.

_____
MIRANDA M. DU
UNITED STATES DISTRICT COURT JUDGE