Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE GROUP, INC.; and TICOR TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 3:20-CV-00046-MMD-WGC<br><br>**STIPULATION AND ORDER CONTINUING DEADLINES TO RESPOND (ECF NOS. 82, 83, 84, AND 91)**<br><br>**FIRST REQUEST** |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title"), Fidelity National Title Group, Inc., ("FNTG") and Ticor Title of Nevada, Inc. ("Ticor Agency") (collectively, "Defendants") and plaintiff Bank of America, N.A. ("BANA"), by and through their respective attorneys of record, hereby agree and stipulate as follows:



1

1. On March 6, 2023, Chicago Title, FNTG, and Ticor Agency each filed their respective motions to dismiss BANA's complaint. (ECF Nos. 82, 83, and 84);

2. On April 3, 2023, BANA filed its responses to Chicago Title, FNTG, and Ticor Agency's motions to dismiss (ECF Nos. 89, 90, and 92) and filed a countermotion for partial summary judgment in response to Chicago Title's motion to dismiss (ECF No. 91);

3. The deadline for Defendants to reply in support of their respective motions to dismiss is currently April 10, 2023, while the deadline for Chicago Title to oppose the motion for partial summary judgment is currently April 24, 2023

4. Chicago Title, FNTG, and Ticor Agency request a thirty (30) day extension of their respective deadlines to reply in support of their motions and a sixteen (16) day extension of Chicago Title's deadline to oppose BANA's countermotion for partial summary judgment, such all responses shall be due on Wednesday, May 10, 2023, to afford Defendants additional time to respond to the legal arguments set forth in BANA's responses and countermotion;

5. BANA does not oppose the requested extensions;

//
//
//
//
//
//
//
//
//
//
//
//
//
//

6. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Chicago Title, FNTG, and Ticor Agency's deadline to reply in support of their motions to dismiss and Chicago Title's deadline to oppose BANA's countermotion for partial summary judgment are hereby extended through and including May 10, 2023.

Dated: April 5, 2023                SINCLAIR BRAUN KARGHER LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY;
FIDELITY NATIONAL TITLE GROUP, INC.;
and TICOR TITLE AGENCY OF NEVADA, INC.

Dated: April 5, 2023                WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Dragon*
LINDSAY D. DRAGON
Attorneys for Plaintiff
BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated this __5th__ day of __April__, 2023

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

