Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY; FIDELITY
NATIONAL TITLE GROUP, INC.; and TICOR TITLE OF
NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>           Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE<br>COMPANY, et al.<br><br>           Defendants. | Case No.: 3:20-CV-00046-MMD-WGC<br><br>**STIPULATION AND ORDER CONTINUING DEADLINES TO RESPOND (ECF NOS. 82, 83, 84, AND 91)**<br><br>**SECOND REQUEST** |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title"), Fidelity National Title Group, Inc., ("FNTG") and Ticor Title of Nevada, Inc. ("Ticor Agency") (collectively, "Defendants") and plaintiff Bank of America, N.A. ("BANA"), by and through their respective attorneys of record, hereby agree and stipulate as follows:



1

STIPULATION AND ORDER CONTINUING DEADLINES TO RESPOND

1. On March 6, 2023, Chicago Title, FNTG, and Ticor Agency each filed their respective motions to dismiss BANA's complaint. (ECF Nos. 82, 83, and 84);

2. On April 3, 2023, BANA filed its responses to Chicago Title, FNTG, and Ticor Agency's motions to dismiss (ECF Nos. 89, 90, and 92) and filed a countermotion for partial summary judgment in response to Chicago Title's motion to dismiss (ECF No. 91);

3. On April 5, 2023 the Court granted the Parties' first stipulation extending the deadlines for Defendants to respond to the motions through and including May 10, 2023 (ECF No. 95);

4. Defendants request a thirty (30) day extension of their respective deadlines to respond to the motions, through and including Friday, June 9, 2023, to afford Defendants additional time to respond to the legal arguments set forth in BANA's responses and countermotion;

5. BANA does not oppose the requested extensions;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

6. This is the second request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Defendants' respective deadlines to reply in support of their motions to dismiss and Chicago Title's deadline to oppose BANA's countermotion for partial summary judgment are hereby extended through and including June 9, 2023.

Dated: May 2, 2023        SINCLAIR BRAUN KARGHER LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY;
FIDELITY NATIONAL TITLE GROUP, INC.;
and TICOR TITLE AGENCY OF NEVADA, INC.

Dated: May 2, 2023        WRIGHT FINLAY & ZAK, LLP

By: /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff
BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated this  3rd  day of  May , 2023.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

