1  Scott E. Gizer, Esq., Nevada Bar No. 12216
    sgizer@earlysullivan.com
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
    slau@earlysullivan.com
3  EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
7  Kevin S. Sinclair, NV Bar No. 12277
    ksinclair@sinclairbraun.com
8  SINCLAIR BRAUN KARGHER LLP
   15260 Ventura Blvd., Suite 715
9  Sherman Oaks, California 91403
   Telephone:  (213) 429-6100
10 Facsimile:  (213) 429-6101

11 Attorneys for Defendants
   CHICAGO TITLE INSURANCE COMPANY; FIDELITY
12 NATIONAL TITLE GROUP, INC.; and TICOR TITLE OF
   NEVADA, INC.

13 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
14
   Janet Trost, Esq.
15 501 S. Rancho Drive
   Suite H-56
16 Las Vegas, Nevada 89106

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>            Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE<br>COMPANY, et al.<br><br>            Defendants. | Case No.: 3:20-CV-00046-MMD-WGC<br><br>**STIPULATION AND ORDER CONTINUING DEADLINES TO RESPOND (ECF NOS. 82, 83, 84, AND 91)**<br><br>**FOURTH REQUEST** |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title"), Fidelity National Title Group, Inc., ("FNTG") and Ticor Title of Nevada, Inc. ("Ticor Agency") (collectively, "Defendants") and plaintiff Bank of America, N.A. ("BANA"), by and through their respective attorneys of record, hereby agree and stipulate as follows:



1

**STIPULATION AND ORDER CONTINUING DEADLINES TO RESPOND**

1. On March 6, 2023, Chicago Title, FNTG, and Ticor Agency each filed their respective motions to dismiss BANA's complaint. (ECF Nos. 82, 83, and 84);

2. On April 3, 2023, BANA filed its responses to Chicago Title, FNTG, and Ticor Agency's motions to dismiss (ECF Nos. 89, 90, and 92) and filed a countermotion for partial summary judgment in response to Chicago Title's motion to dismiss (ECF No. 91);

3. On May 3, 2023 the Court granted the Parties' second stipulation extending the deadlines for Defendants to respond to the motions through and including June 9, 2023 (ECF No. 97);

4. On June 12, 2023 the Court granted the Parties' third stipulation extending the deadlines for Defendants to respond to the motions through and including July 10, 2023 (ECF No. 99);

5. Defendants request a two-week (14 day) extension of their respective deadlines to respond to the motions, through and including Monday, July 24, 2023, to afford Defendants additional time to respond to the legal arguments set forth in BANA's responses and countermotion;

6. BANA does not oppose the requested extensions;

//
//
//
//
//
//
//
//
//
//
//
//



7. This is the fourth request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Defendants' respective deadlines to reply in support of their motions to dismiss and Chicago Title's deadline to oppose BANA's countermotion for partial summary judgment are hereby extended through and including July 24, 2023.

Dated: July 10, 2023    SINCLAIR BRAUN KARGHER LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY;
FIDELITY NATIONAL TITLE GROUP, INC.;
and TICOR TITLE AGENCY OF NEVADA, INC.

Dated: July 10, 2023    WRIGHT FINLAY & ZAK, LLP

By: /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff
BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2023

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

