WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.,<br><br>Defendants. | Case No.: 3:20-cv-00046-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR SUMMARY JUDGMENT [ECF No. 91]**<br><br>**(First Request)** |

Pending before the Court is Plaintiff, Bank of America, N.A.'s ("BANA") Countermotion for Summary Judgment (ECF No. 91) filed on April 3, 2023. Defendant, Chicago Title Insurance Company ("Chicago Title") filed its Opposition on July 24, 2023 (ECF No. 105). BANA's reply is currently due on August 7, 2023. BANA requests a brief, one-week extension to August 14, 2023, for its reply deadline in order to review and respond to the points and authorities cited to in Chicago Title's Opposition. Chicago Title does not oppose the request for an extension.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Accordingly, the Parties stipulate and agree to a one-week extension of time for BANA's Reply through and including August 14, 2023.

**IT IS SO STIPULATED.**

DATED this 7th day of August, 2023.                DATED this 7th day of August, 2023.

WRIGHT, FINLAY & ZAK, LLP                          SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon, Esq.*                        */s/ Kevin S. Sinclair, Esq.*
Lindsay D. Dragon, Esq.                            Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                               Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                     16501 Ventura Blvd, Suite 400
Las Vegas, NV 89117                                Encino, California 91436
*Attorneys for Plaintiff*                          *Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED THIS 8th Day of August 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT COURT JUDGE