Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.,<br><br>                    Defendants. | Case No.: 3:20-cv-00046-MMD-CSD<br><br>**STIPULATION AND ORDER TO DEFER BRIEFING RE DEUTSCHE BANK OPINION PER COURT'S NOVEMBER 3, 2023 MINUTE ORDER [ECF NO. 109]**<br><br>**(FIRST REQUEST)** |



674798.1

Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Ticor Title of Nevada, Inc. ("Defendants") on the one hand, and Plaintiff Bank of America, N.A. ("Plaintiff") on the other hand (collectively, the "Parties"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On October 12, 2023, the Nevada Supreme Court issued its opinion in *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nev. Sup. Ct. Case No. 84161, 139 Nev. Adv. Op. 45, 536 P.3d 915, 2023 WL 6630672 (Nev. 2023) ("*Deutsche Bank*").

2. On October 30, 2023, Plaintiff filed a Petition for Rehearing in *Deutsche Bank*.

3. On November 3, 2023, the Court issued a Minute Order ordering the parties to file simultaneous, supplemental briefs within 15 days on the impact of the *Deutsche Bank* opinion, if any, on all pending motions in this case, as the Court finds that such briefing is important for the accurate resolution of the pending motions ("Supplemental Briefs") (ECF No. 109).

4. The current deadline for the parties to file the Supplemental Briefs is Friday, November 17, 2023.[1]

5. Plaintiff's Petition for Rehearing is pending and the remittitur has not yet issued in *Deutsche Bank*.

6. In the interests of judicial economy and to avoid inconsistent rulings, the Parties stipulate and request that the Court extend the deadline to file the Supplemental Briefs until fourteen (14) days after the issuance of the remittitur in *Deutsche Bank*.

7. None of the Parties oppose the requested extension.

/ /

/ / /

/ / /

/ / /

---

[1] The 15-day deadline from November 3, 2023 is Saturday, November 18, 2023.



2
**STIPULATION AND ORDER**

8. This is the Parties' first request for extension, which the Parties represent is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 7th day of November, 2023.          DATED this 7th day of November, 2023.

EARLY SULLIVAN WRIGHT                          WRIGHT, FINLAY & ZAK, LLP
 GIZER & McRAE LLP

*/s/ Sophia S. Lau*                            */s/ Lindsay D. Dragon*
Sophia S. Lau, Esq.,                           Lindsay D. Dragon, Esq.
Nevada Bar No. 13365                           Nevada Bar No. 13474
8716 Spanish Ridge Avenue, Suite 105           7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89148                        Las Vegas, NV 89117
*Attorneys for Defendants*                     *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED:   November 8, 2023          By: _____
                                        MIRANDA M. DU
                                        UNITED STATES DISTRICT JUDGE



674798.1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

>  /s/ Robie Ann Atienza-Jones
>  ROBIE ANN ATIENZA-JONES
>  An Employee of EARLY SULLIVAN
>  WRIGHT GIZER & McRAE LLP