WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff,<br>  vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.,<br><br>    Defendants. | Case No.: 3:20-cv-00046-MMD-CSD<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

   PLEASE TAKE NOTICE that Plaintiff, Bank of America, N.A. and Defendants, Fidelity National Title Group, Inc.; Chicago Title Insurance Company; and Ticor Title of Nevada, Inc. (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1      **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed

2   WITH PREJUDICE, with each party to bear its own fees and costs.

3   DATED this 14th day of December, 2023.          DATED this 14th day of December, 2023.

4
5   WRIGHT, FINLAY & ZAK, LLP                       SINCLAIR BRAUN KARGHER LLP

6   */s/ Lindsay D. Dragon*                          */s/ Kevin S. Sinclair*
    Lindsay D. Dragon, Esq.                          Kevin S. Sinclair, Esq.
7   Nevada Bar No. 13474                             Nevada Bar No. 12277
    7785 W. Sahara Ave., Suite 200                   15260 Ventura Blvd., Suite 715
8   Las Vegas, NV 89117                              Sherman Oaks, California 91403
    *Attorney for Plaintiff, HSBC Bank USA,*         *Attorneys for Defendants, Fidelity National*
9   *N.A., As Trustee for The Registered Holders*    *Title Group, Inc.; Chicago Title Insurance*
10  *Of Nomura Home Equity Loan, Inc., Asset-*       *Company; and Ticor Title of Nevada, Inc.*
    *Backed Certificates, Series 2006-HE2*

11
12
13
14      **IT IS SO ORDERED.**

15      DATED:  December 15, 2023

16

17
18
19
20
21
22
23
24
25
26
27
28